

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00181-CV

| | | |
|---|---|---|
| Anuoluwapo O. Popoola, Appellant | § | On Appeal from the 141st District Court |
| | § | of Tarrant County (141-310361-19) |
| v. | § | January 14, 2021 |
| | § | |
| Wells Fargo Bank, N.A. | § | Memorandum Opinion by Justice Kerr |
| | § | |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of prosecution.

It is further ordered that appellant Anyuoluwapo O. Popoola shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Elizabeth Kerr
Justice Elizabeth Kerr